**FILED**

NOV - 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE N.W.
WASHINGTON D.C. 20001

STANLEY A. SLUPKOWSKI 19289-083

Plaintiff/Petitioner

V.

THE UNITED STATES

Defendant/Respondent

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**
WRIT OF HABEAS CORPUS PURSUANT TO 28 USC 2241, PURSUANT TO 28 USC 2513(D) COURT MAY PROCEED WITH FORMA PAUPERIS

EDNC CASE NUMBER: **06 1863**
(leave this space blank)

DIVERSITY CIVIL RIGHTS COMPLAINT USDCNC

I, **STANLEY A. SLUPKOWSKI 19289-083** declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant        ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☒ Yes        ☐ No        (If "No," go to Part 2)

   If "Yes," state the place of your incarceration  **FEDERL MEDICAL CENTER BUTNER NC.,**

   Are you employed at the institution?        ☒ Yes        ☐ No
   Do you receive any payment from the institution?        ☐ Yes        ☒ No
   **Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.**

2. Are you currently employed?        ☐ Yes        ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   **25 DEC 1983 HOWARD JOHNSON TYLER MALL RIVERSIDE CA., 92501**

3. In the past 12 twelve months have you received any money from any of the following

| | | Yes | No |
|---|---|---|---|
| a. | Business, profession or other self-employment | ☐ | ☒ |
| b. | Rent payments, interest or dividends | ☐ | ☒ |
| c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
| d. | Disability or workers compensation payments | ☐ | ☒ |
| e. | Gifts or inheritances | ☐ | ☒ |
| f. | Any other sources **VETERANS AFFAIRS SERVICE CONNECTED DISABILITY** | ☒ | ☐ |

RECEIVED

OCT ? 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

If the answer to any of the above is "Yes," describe each source of money and state the amount received and what you expect you will continue to receive.

**VETERANS AFFAIRS SERVICE CONECTED $485.00 PER MONTH %40 RATE**

4. Do you have **any** cash or checking or savings    ☒ Yes        ☐ No

   If "Yes," state the total    **$30,000.00**

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

**I declare under penalty of perjury that the above information is true and correct.**

20 OCT 2006                 _STANLEY A. SLUPKOWSKI PRO SE:_
_____                 _____
Date                                    Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.