**FILED**

NOV – 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| STANLEY A. SLUPKOWSKI, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| | ) |
| Respondents. | ) |

Civil Action No.   **06 1863**

### TRANSFER ORDER

This matter comes before the Court on review of a *pro se* petition for writ of habeas corpus and a motion to proceed *in forma pauperis*. Petitioner is incarcerated at the Federal Medical Center in Butner, North Carolina.

Habeas corpus jurisdiction resides only in the district court where the prisoner is incarcerated *Padilla v. Rumsfeld*, 542 U.S. 426, 433 (2004). The warden where the petitioner resides is the custodian for purposes of habeas jurisdiction. *Stokes v. U.S. Parole Comm'n*, 374 F.3d 1235, 1238 (D.C. Cir. 2004); *Blair-Bey v. Quick*, 151 F.3d 1036, 1039 (D.C. Cir. 1998). Accordingly, it is

**ORDERED** that the case is **TRANSFERRED** to the United States District Court for the Eastern District of North Carolina. Whether petitioner should be permitted to proceed *in forma pauperis* is a matter to be decided by the transferee court.

United States District Judge

DATE: 23 Oct. 2006